## Díaz, Demandante y Apelante, v. Gafarele, Demandada y Apelada.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda, en pleito sobre divorcio.

No. 2356.—Resuelto en diciembre 9, 1920.

Desestimación de Apelación por Falta de Alegato.—Presentado el alegato después de vencido el término fijado para ello y de notificada al apelante y archivada en la corte una moción pidiendo por tal motivo la desestimación del recurso, sin acompañarse *affidavit* alguno que explique la no presentación en tiempo y sin haberse hecho esfuerzo meritorio para demostrar que asistió al apelante una buena causa de acción, debe la apelación desestimarse.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogado de la apelada: *Sr. O. M. Wood.*

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

La parte apelada solicitó la desestimación del recurso por no haber el apelante archivado en tiempo su alegato.

Se trata de una apelación interpuesta en cierto pleito de divorcio contra una orden de la corte de distrito dictada el 30 de septiembre último mandando depositar en la secretaría de dicha corte la suma de ciento cincuenta dólares que el demandante había dejado en poder de su abogado para comprar una casita a su mujer, la demandada, y, una vez depositada, que fuera destinada al sostenimiento de la demandada y a *litis expensas.* La orden se dictó a petición de la demandada que había sido declarada pobre para litigar como tal en el dicho pleito de divorcio.

La apelación se estableció el 5 de octubre quedando archivada la transcripción que consta de ocho páginas el 8 de noviembre. El 19 de noviembre se solicitó la desestimación, y algún tiempo después, durante el mismo día, el alegato, que consta de tres páginas, fué archivado. El plazo reglamentario para la presentación del alegato vencía el día anterior.

Claro es que en un caso de esta naturaleza tenemos fa-

cultad de permitir que la apelación continúe, pero atendidas todas las circunstancias que aquí concurren, no habiéndose acompañado al alegato *affidavit* alguno que explique por qué dejó de presentarse en tiempo, ni habiéndose hecho esfuerzo alguno meritorio para demostrar que asiste al apelante una buena causa de acción, a virtud de la cual se hubiera solicitado que en el ejercicio de las facultades discrecionales del tribunal se permitiera la presentación del alegato, opinamos que debe desestimarse el recurso.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.